# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DOWNUNDER WIRELESS, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-365-DF |
| SAMSUNG ELECTRONICS, AMERICA, INC., CAL-COMP ELECTRONICS AND COMMUNICATIONS CO., LTD.; | § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## [PROPOSED] DOCKET CONTROL ORDER

In accordance with the Rule 26(f) conference held by the parties on May 18, 2010 and the status conference held with the Court on the 2nd of June, 2010 it is hereby ORDERED that the following schedule of deadlines is in effect until further Order of this Court:

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| 1 | Initial Case Management Conference | P.R. 2-1; Fed. R. Civ. P. 26(f) | May 18, 2010 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | June 14, 2010 |
| 3 | Patentee makes Document Production Accompanying Disclosure | P.R. 3-2 | June 14, 2010 |
| 4 | Initial Disclosures | Fed. R. Civ. P. 26(a)(1) | June 21, 2010 |
| 5 | Accused Infringers serve Preliminary | P.R. 3-3 | August 2, 2010 |

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| | Invalidity Contentions | | |
| 6 | Accused Infringers make Document Production Accompanying Preliminary Invalidity Contentions | P.R. 3-4 | August 2, 2010 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | August 6, 2010 |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringers and the Court | | August 11, 2010 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | | August 16, 2010 |
| 10 | Deadline for early mediation at the Parties' request | | August 26, 2010 |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2 | August 20, 2010 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2(c) | August 25, 2010 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | P.R. 4-3 | August 30, 2010 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the | | October 1, 2010 |

- 2 -

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
|  | deadline for filing dispositive motions |  |  |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for filing dispositive motions |  | October 22, 2010 |
| 16 | Completion of Claim Construction Discovery | P.R. 4-4 | September 14, 2010 |
| 17 | Patentee files opening claim construction brief | P.R. 4-5(a) | September 28, 2010 |
| 18 | Accused infringers file responsive claim construction brief | P.R. 4-5(b) | October 15, 2010 |
| 19 | Patentee files reply brief on claim construction | P.R. 4-5(c) | November 2, 2010 |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction |  | November 12, 2010 |
| 21 | Parties file Joint Claim Construction Chart | P.R. 4-5(d) | December 3, 2010 |
| 22 | Pre-hearing Conference and technical tutorial if necessary |  | December 14, 2010 |
| 23 | **Claim Construction Hearing** | **P.R. 4-6** | December 16, 2010 |
| 24 | Court's Claim Construction Ruling |  | Subject to Court's scheduling and/or use of a technical advisor |
| 25 | Patentee makes Final Infringement Contentions | P.R. 3-6(a) | On or about 30 days after claim construction ruling |
| 26 | Accused Infringer serves Preliminary Unenforceability |  | On or about 40 days after claim construction |

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| | Contentions | | ruling |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling |
| 28 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | On or about 50 days after claim construction ruling |
| 29 | Accused Infringer makes disclosure relating to willfulness | P.R. 3-8 | On or about 50 days after claim construction ruling |
| 30 | Accused Infringer makes Final Unenforceability Contentions | | On or about 60 days after claim construction ruling |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference | | June 1, 2011 |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | On or about 90 days after claim construction ruling |
| 33 | Deadline for disclosure of rebuttal expert testimony | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | On or about 120 days after claim construction ruling |
| 34 | Deadline for late mediation at the Parties' request | | November 14, 2011 |
| 35 | Deadline for completion of expert discovery | | 30 days after rebuttal expert testimony |
| 36 | Deadline for objections to other parties' expert | | 30 days after 35 |

- 4 -

- 5 -

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| | witnesses | | |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 60 days before the initial pretrial conference | | December 14, 2011 |
| 38 | Deadline for filing all *Daubert* motions | | December 14, 2011 |
| 39 | Deadline for parties to make pretrial disclosures | Fed. R. Civ. P. 26(a)(3) | January 31, 2012 |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | January 31, 2012 |
| 41 | Defendants to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | February 10, 2012 |
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms, and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibits and shall submit to the Court in writing any objections | | February 20, 2012 |

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
|  | they may have to the other party's Motions in Limine, deposition designations, and exhibits. |  |  |
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits |  | **Court will set at a later date.** |
| 44 | Final Pretrial Conference before Judge David Folsom |  | March 5, 2012 |
| 45 | Jury Selection before Judge David Folsom |  |  |

**SIGNED this 23rd day of July, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE