## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DOWNUNDER WIRELESS, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 2:09-CV-206(DF-CE) |
| | § | |
| HTC CORP., ET AL | § | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DOWNUNDER WIRELESS, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 2:09-CV-365 (DF-CE) |
| | § | |
| SAMSUNG., ET AL | § | |

*Markman* **Hearing Minutes**
**December 16, 2010**

**OPEN: 9:04 a.m.**                                                              **ADJOURN: 11:44 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Eric Hansen |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

9:04 a.m.  Court opened.  The attorneys announced ready for hearing.

Mr. Davis presented claim construction argument on behalf of Plaintiffs.  The Court responded.

Mr. Keville and Mr. Collins presented claim construction argument on behalf of Defendants.  The Court responded.

10:21 a.m.  Morning recess.

Minutes
Page Two
December 16, 2010

10:47 a.m. Mr. Davis continued claim construction argument on behalf of Plaintiffs.  The Court responded

Mr. Keville and Mr. Collins presented claim construction argument on behalf of Defendants.  The Court responded

The Court took the matter under submission.

11:44 a.m. Court adjourned.